```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

LUTHER THAMES, III,                :

    Plaintiff,                     :

vs.                                :
                                         CIVIL ACTION 06-0473-M

MICHAEL J. ASTRUE,                 :
Commissioner of
Social Security,                   :

    Defendant.                     :


## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Luther Thames, III and against Defendant Michael J. Astrue.

DONE this 8th day of March, 2007.

                                      s/BERT W. MILLING, JR.
                                      UNITED STATES MAGISTRATE JUDGE